ELMER McGEE, LeRoy, New York, Respondent, v. HAROLD W. GREENAKER, Doing Business under the Assumed Name of GREENAKER TRANSPORT COMPANY, and Another, Appellants.— Judgment affirmed, with costs. Memorandum: Only questions of fact are involved in this appeal and the jury's findings that defendants were negligent and that plaintiff was free from contributory negligence are not against the weight of the evidence. All concur. (The judgment is for plaintiff in an automobile negligence action.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

HERMAN F. FREY, Appellant, v. GERHARD LANG BREWERY, Respondent.— Judgment affirmed, with costs. Memorandum: The extent of plaintiff's injuries and his resulting pain and disability, the reasonable cost of medical care and his loss of earnings were questions peculiarly for the jury. We cannot say the amount of the verdict was against the weight of evidence. All concur. (The judgment is for plaintiff in an automobile negligence action.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

THE PHILIP CAREY COMPANY, Respondent, v. CHARLES G. DUFFY, Appellant.— Judgment affirmed, with costs. Memorandum: The letter written by the defendant addressed to Charles J. Fox and The Metal Building Corporation was a general letter of credit intended by the defendant to be used by Fox, acting for or in the name of The Metal Building Corporation, in buying materials on credit, and intended by the defendant to secure any debt so contracted. The plaintiff, in reliance upon the letter and promise of credit, sold materials to Fox, acting for and in the name of The Metal Building Corporation, and plaintiff is entitled to recover from defendant the agreed price of the materials. All concur. (The judgment is for plaintiff in an action under a guaranty to recover for merchandise sold.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

CLARA WINEGAR, Respondent, v. FRED CHALUPEIT, Defendant, and EVELYN A. WINEGAR (Defendant Winegar Amended to EVELYN A. ROTH), Appellant.— Judgments reversed on the facts and a new trial granted, with costs to the appellant to abide the event, upon the ground that the finding of negligence on the part of the driver of the appellant's car was against the weight of the evidence considering the open character of the crossing, the slow sign on the intersecting road, and the statutory right of way in favor of the car of the appellant. All concur. (One judgment is for plaintiff and the other judgment modifies the first judgment by reducing the amount of plaintiff's recovery, in an automobile negligence action.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ. [See, also, 252 App. Div. 720.]